Mary Malcomson, Plaintiff-Appellant, v. Robert A. Malcomson, Defendant-Appellee.

Robert A. Malcomson, Counterclaimant-Appellee, v. Mary Malcomson, Counterdefendant-Appellant.

Gen. No. 9,971. 

Third District.

February 18, 1955.

Released for publication March 7, 1955.

Doane G. Trone, for appellant; T. MacDowning, for appellee. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.